**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  CR 14-137 NJV

12          Plaintiff,                 ORDER FOR CRIMINAL PRETRIAL
                                       PREPARATION
13          v.

14  MIKOL MOON

15          Defendant.

16  _____/

17          Good cause appearing, IT IS HEREBY ORDERED that:

18          A.  TRIAL DATE.  Trial before the jury shall begin on May 5, 2014 at 9:00 a.m. in

19  Courtroom 205A, Eureka, California.

20          B.  TRIAL LENGTH.  The estimated length of trial is three days.

21          C.  MOTIONS.  All motions shall comply with Criminal Local Rule 47-2 and shall be

22  heard on April 21, 2014 at 10:00 a.m. in Courtroom 205A.  All motions shall be filed and served

23  by April 7, 2014.  Any opposition shall be filed and served by April 14, 2014.  Before filing any

24  motion, counsel for each party shall confer concerning any matter covered by Criminal Local

25  Rule 16-1 relevant to the case, in particular subparagraphs (a),(b) and (c).

26          D.  PRETRIAL CONFERENCE.  A Pretrial Conference shall be held on April 21, 2014

27  at 10:00 a.m., in Courtroom 205A.  Not less than four days before the Pretrial Conference,

28  counsel for the Government shall:

**United States District Court**
For the Northern District of California

(1)  Serve and file a trial memorandum briefly stating the legal basis for the charges and the anticipated evidence, and addressing any evidentiary, procedural or other anticipated legal issues, including but not limited to the matters listed in Criminal Local Rule 17.1-1(b)(1) - (15);

(2)   Serve and file a list of all witnesses who may be called, together with a brief summary of the testimony of each;

(3)   Serve and file proposed jury instructions on all substantive issues and on any procedural issue not adequately covered by the court's standard instructions (which are published in the Ninth Circuit Manual of Model Jury Instructions);

(a)   any instruction contained in the Ninth Circuit Model Instructions Manual may be requested by designation of its number;

(b)  each other instruction shall be requested by setting forth the instruction in full test on a separate sheet with reference to supporting legal authority;

(4)  Serve and lodge a proposed form of verdict and proposed questions for jury voir dire; and

(5)   Serve and lodge three sets of all exhibits to be offered at trial, together with a complete list of those exhibits.  Each item shall be premarked using the form attached; generally, the government shall use numbers and the defendant shall use letters.  (See attachment).

Not less than four days before the Pretrial Conference, defense counsel shall comply with subparagraphs (3) and (4) above, and, to the extent consistent with the defendant's right to an effective defense, with subparagraphs (1),(2) and (5) above.

In particular, counsel shall confer in advance and be prepared to discuss with the court any anticipated evidentiary objections or motions in limine and any means for shortening and simplifying the trial (e.g., by stipulating to such matters as chain of custody, nature of substances, use of the mails, admissibility of copies, etc.)

/ / /

1         E.  CHALLENGES.  The procedure for exercising peremptory challenges in Criminal

2    Local Rules 24-2 and 24-3 will be observed absent objection by the parties.

3         F.  COPIES.  Each document filed or lodged with the court must be accompanied by a

4    copy for use in the Judge's chambers.

5         G.  TRANSCRIPTS.  If transcripts will be requested during or immediately after trial,

6    arrangements must be made with the Court Reporter at least one week before trial

7    commences.  Call (707) 445 3612.

8         H. CHANGE OF PLEA.  Counsel shall give prompt notice to the United States Attorney

9    and to the court of any intention to change a previously entered not guilty plea.  A written plea

10   agreement must be submitted at least one day in advance of the plea.

11   DATED: March 25, 2014

12

13   _____

14   NANDOR J. VADAS
     United States Magistrate Judge

**United States District Court**
For the Northern District of California

ATTACHMENT 5, EXHIBIT FORM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.        _____

Exhibit No.        _____

Date Entered:  _____

RICHARD W. WIEKING, Clerk

By:  _____
       Deputy Clerk

**United States District Court**
For the Northern District of California